UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS GRAY, | Case No.  2:25-cv-2645-JDP |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| SACRAMENTO COUNTY POLICE DEPARTMENT & RATCLIFFE | |
| Defendants. | |

Plaintiff commenced this action in September 2025.  On October 24, 2025, I ordered plaintiff to serve the defendants within ninety days.  ECF No. 6.  To date, defendants have not appeared in this action, and plaintiff has not filed a proof of service demonstrating that defendants were properly served.  *See* Fed. R. Civ. P. 4(l).

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id*.

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff shall show cause within thirty days from the date of this order why this action should not be dismissed for failure to effect service of process within the time prescribed by Rule 4(m).

2. Plaintiff is warned that failure to respond to this order may result in this action being dismissed without prejudice for failure to effect services of process.

IT IS SO ORDERED.

Dated:    May 8, 2026                          _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE

2