UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS GRAY,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO POLICE DEPARTMENT & OFFICER RATCLIFFE,<br><br>Defendant. | Case No. 2:25-cv-2645-JDP (P)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE</u><br><br>(Doc. No. 10) |

Plaintiff, a former county jail inmate proceeding *pro se*, filed this civil rights action on September 15, 2025, seeking relief pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On September 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to effect service within the time required under Rule 4(m) of the Federal Rules of Civil Procedure and due to plaintiff's failure to comply with the orders of this court. (Doc. No. 10.) As the magistrate judge noted, plaintiff was provided an opportunity to correct his failure to effect service when on May 8, 2026, the magistrate issued an order requiring him to show cause within thirty (30) days why this action should not be dismissed due to his failure to effect service, but plaintiff failed to respond to that order as directed. (*Id.* at 2) (citing Doc. No. 9).

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id*. at 3.) No objections to the findings and recommendations have been filed by plaintiff, nor has plaintiff otherwise communicated with the court, and the time to do so has passed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued September 2, 2026 (Doc. No. 10), are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to effect service within the time required under Rule 4(m) of the Federal Rules of Civil Procedure and due to plaintiff's failure to comply with the orders of this court; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 10, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE